## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| RAY NASSAR and GENA SMITH, | * | |
| | * | |
| Plaintiffs | * | |
| V. | * | |
| | * | NO: 3:11CV00133 SWW |
| EARNESTINE JACKSON, individually | * | |
| and in her official capacity as a Hughes | * | |
| School Board Member, ET AL. | * | |
| | * | |
| Defendants | | |

### **ORDER**

Before the Court is Plaintiff Smith's motion seeking permission to supplement her motion for partial summary judgment. *See* docket entry #58. Smith also asks the Court to reconsider its decision to deny her motion for partial summary judgment, and she submits an affidavit and additional evidence to support her claim for damages. The Court will reconsider Smith's motion for partial summary judgment based on the supplemental evidence she has provided. Defendants have up to and including ten days from the entry of this order in which to file a supplemental response in opposition to Smith's motion for partial summary judgment. Smith's motion for reconsideration (docket entry #58) remains pending.

IT IS SO ORDERED THIS 22nd DAY OF JUNE, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE