IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| RAY NASSAR and GENA SMITH, | * | |
| | * | |
| Plaintiffs | * | |
| V. | * | |
| | * | NO: 3:11CV00133  SWW |
| EARNESTINE JACKSON, individually | * | |
| and in her official capacity as a Hughes | * | |
| School Board Member, ET AL. | * | |
| | * | |
| Defendants | | |

## ORDER

Before the Court is Plaintiffs' motion *in limine* (docket entry #50).  The Court will not address motions *in limine* in this case until a time closer to the trial date, January 14, 2013.  Accordingly, Plaintiffs' motion *in limine* (docket entry #50) is DENIED WITHOUT PREJUDICE.  Plaintiffs should resubmit their motion closer to trial.

IT IS SO ORDERED THIS 7TH DAY OF SEPTEMBER, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE