# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | | |
|---|---|---|
| RAY NASSAR and GENA SMITH, | * | |
| | * | |
| Plaintiffs | * | |
| V. | * | |
| | * | NO: 3:11CV00133 SWW |
| EARNESTINE JACKSON, individually | * | |
| and in her official capacity as a Hughes | * | |
| School Board Member, ET AL. | * | |
| | * | |
| Defendants | | |

## ORDER

On January 7, 2013, the Court received an email message from Plaintiffs' counsel seeking "guidance" regarding trial matters. *The Court instructs the parties that all requests for relief must be made by written motion, filed with the Clerk. The Court will not respond to email messages, letters and faxes. If parties wish to be heard on a matter before the Court, they must do so in the form of a motion or other appropriate filing*.

IT IS SO ORDERED THIS 8TH DAY OF JANUARY, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE