FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 14 2013

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAY NASSAR and GENA SMITH,         *
                                    *
            Plaintiffs              *
vs                                  *   NO. 3:11CV00133 SWW
                                    *
EARNESTINE JACKSON, individually    *
and in her official capacity as a Hughes *
School Board Member, ET AL          *
                                    *
            Defendants

## ORDER

Pursuant to General Order 54, attorney James F. Valley is permitted to bring his electronic devise(s) into the Jonesboro courthouse for the duration of the above styled jury trial.

IT IS SO ORDERED THIS 14th DAY OF JANUARY, 2013.

_____
UNITED STATES DISTRICT JUDGE