IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| RAY NASSAR and GENA SMITH, | * |
| | * |
| Plaintiffs | * |
| V. | * |
| | *   NO: 3:11CV00133 SWW |
| EARNESTINE JACKSON, individually | * |
| and in her official capacity as a Hughes | * |
| School Board Member, ET AL. | * |
| | * |
| Defendants | |

## AMENDED FINAL JUDGMENT

Pursuant to the jury verdicts rendered in this case on January 22, 2013 and the order entered separately today, which set aside the jury's verdict for Plaintiff Ray Nassar and against Jimmy Wilkins,

IT HEREBY ORDERED AND ADJUDGED that (1) plaintiff Gena Smith have and recover $86,541 in compensatory damages from defendant Hughes School District and $2,500 in compensatory damages and $5,000 in punitive damages from defendant Earnestine Jackson--plus post-judgment interest to accrue at the rate of .14% per annum and (2) plaintiff Ray Nassar have and recover $360,001 in compensatory damages from defendants Hughes School District and Earnestine Jackson, jointly and severally; and $2,500 in compensatory damages and $10,000 in punitive damages against defendant Earnestine Jackson, individually–plus post-judgment interest to accrue at the rate of .14% per annum.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE