# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| RAY NASSAR and GENA SMITH, | * |
| | * |
| Plaintiffs | * |
| | * |
| V. | *     NO: 3:11CV00133  SWW |
| | * |
| | * |
| EARNESTINE JACKSON, | * |
| individually and in her official | * |
| capacity as a Hughes School Board | * |
| Member, ET AL. | * |
| | * |
| Defendants | |

## ORDER

Plaintiffs Ray Nassar ("Nassar") and Gena Smith ("Smith") brought this employment dispute under Title VII of the Civil Rights Act of 1964, as amended, and 42 U.S.C. § 1983 against the Hughes School District ("District"), Hughes school board member Earnestine Jackson ("Jackson"), and the Hughes superintendent of schools. On January 22, 2013, a jury returned verdicts in Plaintiffs' favor. The District and Jackson appealed, and the Eighth Circuit affirmed in part but also held that this Court erred in sustaining Nassar's $340,000 damage award.

In accordance with the Eighth Circuit's mandate dated March 24, 2015, Nassar is offered reduced damages in the amount of $245,639.38. Should Nassar refuse this offer, the Court will schedule a second trial. Nassar has up to and including fourteen (14) days from the entry date of this order to file notice stating whether he accepts the Court's offer

of remittitur.

       IT IS SO ORDERED THIS 25TH DAY OF MARCH, 2015.

                                            <u>/s/Susan Webber Wright</u>
                                            UNITED STATES DISTRICT JUDGE