**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| RAY NASSAR and GENA SMITH, | * | |
| Plaintiffs | * | |
| V. | * | NO: 3:11CV00133 SWW |
| EARNESTINE JACKSON, individually and in her official capacity as a Hughes School Board Member, ET AL. | * | |
| Defendants | * | |

## ORDER of REMITTITUR

Pursuant to the opinion and judgment of the Eighth Circuit Court of Appeals issued on March 3, 2015 and the amended judgment entered together with this order, and with Plaintiff Ray Nassar's acceptance, Nassar's damage awarded on his claim for deprivation of due process is hereby remitted to $245,639.38. After careful consideration, the Court finds that remittitur in this case does not significantly affect the results obtained and does not warrant a reduction of the attorney fee award.[1]

IT IS SO ORDERED THIS 29TH DAY OF MAY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff Nassar prevailed on each claim he asserted , and he obtained substantial relief by way of compensatory and punitive damages.