# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| RAY NASSAR and GENA SMITH, | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| V. | * | NO: 3:11CV00133 SWW |
| | * | |
| | * | |
| EARNESTINE JACKSON, | * | |
| individually and in her official | * | |
| capacity as a Hughes School Board | * | |
| Member, ET AL. | * | |
| | * | |
| Defendants | | |

### AMENDED JUDGMENT as to PLAINTIFF RAY NASSAR

CONSISTENT WITH THE ORDER OF REMITTITUR ENTERED ON THIS DAY, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Ray Nassar have and recover the accepted remitted amount of $245,639.38 in compensatory damages from defendants Hughes School District and Earnestine Jackson, jointly and severally; $2,500 in compensatory damages and $10,000 in punitive damages against defendant Earnestine Jackson, individually; and $16,000 in compensatory damages and $4,000 in punitive damages against Defendant Jimmy Wilkins, individually.  Post-judgment interest shall continue to accrue at the rate of .14% per annum.

IT IS SO ORDERED THIS 29TH  DAY OF MAY, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE