**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| RAY NASSAR and GENA SMITH, | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| V. | * | NO: 3:11CV00133 SWW |
| | * | |
| | * | |
| EARNESTINE JACKSON, individually | * | |
| and in her official capacity as a Hughes | * | |
| School Board Member, ET AL. | * | |
| | * | |
| Defendants | * | |

## SECOND AMENDED JUDGMENT as to PLAINTIFF RAY NASSAR

Consistent with the order entered May 29, 2015 [ECF No. 190] noting a clerical error in the first amended judgment as to Plaintiff Ray Nassar [ECF No. 189],[1] IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff Ray Nassar have and recover the accepted remitted amount of $245,639.38 in compensatory damages from defendants Hughes School District and Earnestine Jackson, jointly and severally, and $2,500 in compensatory damages and $10,000 in punitive damages against defendant Earnestine Jackson, individually. Post-judgment interest shall continue to accrue at the rate of .14% per annum.

IT IS SO ORDERED THIS 3RD DAY OF JUNE, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The first amended judgment as to plaintiff Ray Nassar incorrectly includes a damage award against Defendant Jimmy Wilkins, individually. By order entered March 28, 2013, the Court set aside the jury finding regarding Wilkins's liability for defamation and the related verdicts for compensatory and punitive damages.