IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| RAY NASSAR and GENA SMITH, | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| V. | * | NO: 3:11CV00133 SWW |
| | * | |
| | * | |
| EARNESTINE JACKSON, individually and in her official capacity as a Hughes School Board Member, ET AL. | * | |
| | * | |
| | * | |
| | * | |
| Defendants | * | |

## ORDER

Before the Court is Plaintiffs' motion to withdraw their motion to enforce the supersedeas bond. The motion to withdraw [ECF No. 199] is GRANTED, and the motion to enforce [ECF No. 197] is WITHDRAWN.

IT IS SO ORDERED THIS 14th DAY OF AUGUST, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE